PROB 12B
(4/19)

# United States District Court

for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Antoinette Murphy            Cr.: 19-00217-001
PACTS #: 3522243

Name of Sentencing Judicial Officer:    THE HONORABLE C. DARNELL JONES, II
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF PENNSYLVANIA

Name of Newly Assigned Judicial Officer: THE HONORABLE ANNE E. THOMPSON
SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 09/06/2017

Original Offense:    Wire Fraud (2 counts)

Original Sentence: Imprisonment – 9 months; Supervised Release – 3 years

Special Conditions: Special Assessment - $200, Restitution - $102,237.40, Financial Disclosure, No New Debt/Credit, Location Monitoring Program – 3 months

Type of Supervision: Supervised Release            Date Supervision Commenced: 09/21/2018

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☑ To modify the conditions of supervision as follows:

**It is further ordered that the defendant shall make restitution in the total amount of $102,237.40. The defendant shall satisfy the amount due in monthly installments of not less than $25.00.**

## CAUSE

Antoinette Murphy made a restitution payment for $14,816.18, and she paid her $200 special assessment in full on December 8, 2017. While incarcerated, Ms. Murphy made eight payments totaling $500. Ms. Murphy is currently enrolled in massage school and scheduled to complete her certification in June 2019. Ms. Murphy was employed part-time at Shop Rite; however, they are no longer able to accommodate her requested hours due to her school schedule. The Probation Office respectfully recommends monthly payments be reduced from $100 to $25 per month. When Ms. Murphy completes school, begins working, and has the means to do so, this amount can be revisited and adjusted in the future.

Respectfully submitted,

By: Blair C. Janulis
U.S. Probation Officer
Date: 05/07/2019

THE COURT ORDERS:

- ☐ The Extension of Supervision as Noted Above
- ☒ The Modification of Conditions as Noted Above (as recommended by the Probation Office)
- ☐ No Action
- ☐ Other

*Anne E Thompson*
Signature of Judicial Officer

May 9, 2019
Date